FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 9 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-1836 JCH |
| ) | |
| vs. ) | Counts 1-2: 18 U.S.C. § 111(a)(1) and (b): |
| ) | Assaulting and Impeding a Federal |
| STEVEN O'NEIL, ) | Employee Using a Deadly and Dangerous |
| ) | Weapon. |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about August 15, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **STEVEN O'NEIL**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe #1, an officer and employee of the United States Marshals Service, while John Doe #1 was engaged in, and on account of, the performance of John Doe #1's official duties, and in the commission of such acts used a deadly and dangerous weapon, a black Chevrolet Suburban truck.

In violation of 18 U.S.C. §§ 111(a)(1) and (b).

## Count 2

On or about August 15, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **STEVEN O'NEIL**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe #2, an officer and employee of the United States Marshals Service, while John Doe #2 was engaged in, and on account of, the performance of John

Doe #2's official duties, and in the commission of such acts used a deadly and dangerous weapon, a black Chevrolet Suburban truck.

In violation of 18 U.S.C. §§ 111(a)(1) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

eyr